UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| FRANCISCO PEREZ, ID#B-78905, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 12-CV-2102 |
| ) | |
| PAUL TALBOT, M.D., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 24, 2014, Plaintiff, Francisco Perez, filed a Motion for Leave to Appeal in forma pauperis (#55). Section 1915 provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(c)(3). "Good faith" within the meaning of § 1915(a)(3) is not about the plaintiff's sincerity in requesting appellate review. Rather, an appeal taken in "good faith" is an appeal that, objectively considered, raises non-frivolous colorable issues. See *Cruz v. Hauck*, 404 U.S. 59, 62 (1971); see also *Coppedge v. United States*, 369 U.S. 438, 445 (1962). In his Notice of Appeal (#54), Plaintiff states that he is appealing from the final judgment entered in this action of January 23, 2014, which is the day this court entered an Opinion (#52) granting summary judgment in favor of Defendant Paul Talbot and entering judgment against Plaintiff. Plaintiff has provided no further explanation of the basis for his appeal. Based upon Plaintiff's general, non-specific statement, this court cannot find a good faith basis for his appeal.

The Seventh Circuit Court of Appeals has ruled that, where the appellant was authorized to proceed in forma pauperis in the district court, a district judge who after

receiving the notice of appeal doubts that it is in good faith should, before denying the appellant's request to proceed on appeal in forma pauperis, give him an opportunity to submit a statement of his grounds for appealing. *See Celske v. Edwards*, 164 F.3d 396, 398 (7th Cir. 1999). A plaintiff who identifies issues that are debatable among jurists of reason, or that could be resolved in a different manner, or that are sufficient to deserve encouragement to proceed further demonstrates a good faith basis for an appeal. *Pate v. Stevens*, 163 F.3d 437, 439 (7th Cir. 1998).

IT IS THEREFORE ORDERED THAT:

(1) Plaintiff is directed to submit a brief informing the court of his specific grounds for appealing within twenty-one (21) days from the date of this order. If the Plaintiff fails to respond within the time specified, the court will make an assessment of the issue of good faith without further consideration. If the Plaintiff files a brief within the time allowed, this court will consider it in determining whether there is a good faith basis for his appeal.

(2) The clerk of the court is directed to forward a copy of this order to the United States Court of Appeals for the Seventh Circuit.

ENTERED this 25th day of February, 2014.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE